UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANETRA BOBO,

     Plaintiff,

                                         Case No. 24-cv-12717
v.                                    Hon. Matthew F. Leitman

VILLAGEHEALTH DM, LLC, *et al.*,

     Defendants.

_____/

### ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 11) AND (2) GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

On July 1, 2026, the Court held a hearing on Defendants' motion for summary judgment (ECF No. 11).   For the reasons stated on the record, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The motion is **GRANTED** with respect to Plaintiff's claim under the Michigan Whistleblowers' Protection Act and summary judgment shall enter against Plaintiff on that Count.

(2) The motion is **DENIED** with respect to Plaintiff's wrongful discharge in violation of public policy claim.

(3) Plaintiff shall file a First Amended Complaint (a) adding Renal Treatment Centers – Illinois, Inc. as a Defendant, and, (b) if there is agreement among

1

the parties, eliminating one or more of the other Defendants currently named in the Complaint.  If Plaintiff names any Defendant(s) other than Renal Treatment Centers – Illinois, Inc. in the Amended Complaint, then Defendants may later seek dismissal of other Defendant(s) on the basis that the other Defendant(s) is not a proper party.  In the Amended Complaint, Plaintiff shall assert only a claim for wrongful discharge in violation of public policy. Plaintiff shall file her Amended Complaint **within 28 days**.

(4) The parties shall meet and confer and choose a private mediator to conduct a private mediation. **Within 14 days** they shall identify for the Court the chosen mediator and inform the Court of the date chosen for the mediation.  Once the Court receives that confirmation that the mediation has been scheduled, the Court will adjourn all dates and deadlines pending completion of the mediation.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2